# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DOMINIQUE SINCLAIR                                PLAINTIFF

v.                    No. 3:23-cv-180-DPM

TYRONE DAVIS;
FRANCIS WASHINGTON;
SCOTTY WASHINGTON;
JIMMY SINCLAIR                                    DEFENDANTS

## ORDER

1. Sinclair's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports no income or assets.

2. The Court must screen Sinclair's complaint. 28 U.S.C. § 1915(e)(2). Sinclair's claims that the defendants subjected him to research studies without his permission are fanciful and fail to state a claim. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); 28 U.S.C. § 1915(e)(2)(B). The Court will dismiss the case without prejudice.

So Ordered.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge
6 October 2023