IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOMINIQUE SINCLAIR                                              PLAINTIFF

v.                              No. 3:23-cv-180-DPM

TYRONE DAVIS;
FRANCIS WASHINGTON;
SCOTTY WASHINGTON;
JIMMY SINCLAIR                                                  DEFENDANTS

## JUDGMENT

Sinclair's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2023